No. 660. BATES *v.* UNITED STATES. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Herbert Pope*

for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Ellis N. Slack, Richard H. Demuth, Edward H. Foley, Jr., Bernard Bernstein,* and *Joseph B. Friedman* for the United States.